PS 8
(3/15)

Case 2:14-cr-00182-RMP   Document 79   Filed 07/29/15

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 29, 2015

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| | | | |
|---|---|---|---|
| U.S.A. vs. | Hickson, John M | Docket No. | 0980 2:14CR00182-RMP-1 |

**Petition for Action on Conditions of Pretrial Release**

     COMES NOW Charles J. Kuipers, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant John M. Hickson, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 22nd day of June 2015 under the following conditions:

**Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

     RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** The defendant tested presumptive positive for amphetamine on July 9, 2015. Lab results confirmed both amphetamine and methamphetamine. Defendant has signed an admission of use form.

**Violation #2:** The defendant submitted a urinalysis test to ADEPT at the time of his substance abuse assessment on July 17, 2015, of which lab results confirm the specimen was positive for amphetamine and methamphetamine.

**PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME**

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on: July 28, 2015 |
| by | s/Charles J. Kuipers |
|  | Charles J. Kuipers<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[X]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this
      petition with the other violations pending before the
      Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

July 29, 2015
_____
Date