PROB 12C
(6/16)

Report Date: May 9, 2018

# United States District Court

#### for the

#### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 09, 2018

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: John M. Hickson                Case Number: 0980 2:14CR00182-RMP-1

Address of Offender:                             Spokane, Washington 99201

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: July 28, 2016

Original Offense:    Conspiracy to Distribute a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. § § 841(a)(1), (B)(1)(C) and 846

Original Sentence:   Prison - 18 months            Type of Supervision: Supervised Release
                     TSR - 36 months

Asst. U.S. Attorney:  Matthew Duggan              Date Supervision Commenced: January 9, 2018

Defense Attorney:     Federal Defenders Office    Date Supervision Expires: January 8, 2021

### PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1 | **Special Condition # 19**: The defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm abstinence from these substances.

**Supporting Evidence**: On January 11, 2018, the offender reported to the U.S. Probation Office for the purpose of an intake. It was at that time the offender was informed of all mandatory, standard, and special conditions of supervised release. The offender acknowledged he understood his obligation to the Court.

On March 9, 2018, while conducting an announced home visit at Mr. Hickson's residence, he submitted a urinalysis that tested presumptive positive for methamphetamine. Mr. Hickson admitted to the undersigned and another U.S. probation officer present that he relapsed on methamphetamine on March 8, 2018.

2 | **Special Condition # 19**: The defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm abstinence from these substances.

Prob12C
Re: Hickson, John M.
May 9, 2018
Page 2

**Supporting Evidence**: On January 11, 2018, the offender reported to the U.S. Probation Office for the purpose of an intake. It was at that time the offender was informed of all mandatory, standard, and special conditions of supervised release. The offender acknowledged he understood his obligation to the Court.

On May 7, 2018, Mr. Hickson submitted a urinalysis which tested presumptive positive for methamphetamine. While initially being deceitful, Mr. Hickson admitted to the undersigned, and via a signed document, that he last consumed methamphetamine on May 2, 2018.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    05/09/2018

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

*Rosanna Malouf Peterson*
Signature of Judicial Officer

5/9/2018
Date