PROB 12C
(6/16)

Report Date: May 29, 2018

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
May 29, 2018
SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: John M. Hickson — Case Number: 0980 2:14CR00182-RMP-1

Address of Offender: Spokane, Washington 99201

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, U. S. District Judge

Date of Original Sentence: July 28, 2016

Original Offense: Conspiracy to Distribute a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. § § 841(a)(1), (B)(1)(C) and 846

Original Sentence: Prison - 18 months
TSR - 36 months — Type of Supervision: Supervised Release

Asst. U.S. Attorney: Matthew Duggan — Date Supervision Commenced: January 9, 2018

Defense Attorney: Federal Defender's Office — Date Supervision Expires: January 8, 2021

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 05/09/2018.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition #19**: The defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm abstinence from these substances.<br><br>**Supporting Evidence**: On January 11, 2018, the offender reported to the U.S. Probation Office for the purpose of an intake. It was at that time the offender was informed of all mandatory, standard, and special conditions of supervised release. The offender acknowledged he understood his obligation to the Court.<br><br>On May 25, 2018, Mr. Hickson reported to the U.S. Probation Office. At this time Mr. Hickson admitted to the undersigned officer, and via a signed document, that he last used methamphetamine on May 21, 2018. |

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 05/09/2018.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 05/29/2018

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

5/29/2018

Date