PROB 12C
(6/16)

Report Date:  August 9, 2018

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 09, 2018

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of offender: John M. Hickson          Case Number: 0980 2:14CR00182-RMP-1

Address of Offender:                    Spokane, Washington 99201

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U. S. District Judge

Date of Original Sentence: July 28, 2016

Original Offense:      Conspiracy to Distribute a Mixture or Substance Containing a Detectable Amount of
                       Methamphetamine, 21 U.S.C. §§ 841(a)(1), (B)(1)(C) and 846

Original Sentence:     Prison - 18 months          Type of Supervision: Supervised Release
                       TSR - 36 months

Asst. U.S. Attorney:   Matthew F. Duggan          Date Supervision Commenced: January 9, 2018

Defense Attorney:      Colin G. Prince            Date Supervision Expires: January 8, 2021

---

## PETITIONING THE COURT

To issue a summons and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 05/09/2018 and 05/29/2018.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition #19**: The defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm abstinence from these substances. |

**Supporting Evidence**: On January 11, 2018, the offender reported to the U.S. Probation Office for the purpose of an intake. It was at that time the offender was informed of all mandatory, standard, and special conditions of supervised release. The offender acknowledged he understood his obligation to the Court.

On July 27, 2018, Mr. Hickson provided a urine sample that tested presumptive positive for methamphetamine. Mr. Hickson denied any recent illicit drug use to the U.S. probation officer who collected the urine sample, and the urine sample was sent to the laboratory for further testing. On August 6, 2018, the aforementioned sample was reported to be confirmed positive for methamphetamine.

**Prob12C**
**Re: Hickson, John M.**
**August 9, 2018**
**Page 2**

On August 6, 2018, the undersigned reported to Mr. Hickson's residence where he admitted to relapsing on methamphetamine on July 26, 2018. On August 7, 2018, Mr. Hickson again admitted to the aforementioned methamphetamine use to the undersigned, and via a written statement.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   08/09/2018

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

## THE COURT ORDERS

[  ]   No Action
[  ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[  ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[  ]   Other

Signature of Judicial Officer

August 9, 2018

Date