Report Date: July 3, 2019

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 03, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: John M. Hickson                         Case Number: 0980 2:14CR00182-WFN--1

Address of Offender:                         Spokane, Washington 99201

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: July 28, 2016

| | |
|---|---|
| Original Offense: | Conspiracy to Distribute a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. §§ 841(a)(1), (B)(1)(C) and 846 |
| Original Sentence: | Prison - 18 months; TSR - 36 months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | James Goeke |
| | Date Supervision Commenced: January 9, 2018 |
| Defense Attorney: | Roger Peven |
| | Date Supervision Expires: January 8, 2021 |

## PETITIONING THE COURT

**To issue a warrant**.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #18**: The defendant must follow the instructions of the probation officer related to the conditions of supervision. |

    **Supporting Evidence**: John Hickson failed to attend his scheduled Sobriety Treatment and Education Program (STEP) session on July 3, 2019.

    On January 11, 2018, John Hickson was given a copy of his judgment and his conditions of supervision were explained to him. Mr. Hickson signed his judgment reflecting he understood each condition.

    On February 22, 2019, Mr. Hickson commenced participation in the Sobriety Treatment and Education Program (STEP). On June 20, 2019, Mr. Hickson was to directed to attend the scheduled STEP session on July 3, 2019, however, failed to do so. Attempts to contact Mr. Hickson by telephone on this date were unsuccessful.

Prob12C
Re: Hickson, John M
July 3, 2019
Page 2

The U.S. Probation Office respectfully recommends the Court issue a **WARRANT** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 07/03/2019

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

7/3/2019

Date